Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
550 W. C St., Suite 2000
San Diego, California 92101
TEL: (619) 814-3505
FAX: (858) 408-2405

Attorneys for Plaintiff MARY JANE GAFFNEY-TERRY

LAW OFFICES OF HENRY HARMELING IV, APC
550 W. C St., Suite 2000
San Diego, CA 92101
Tel: 619.814.3505
Fax: 858.408.2405

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

MARY JANE GAFFNEY-TERRY, an individual,

Plaintiff,

v.

AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,

Defendants.

Case No.: 3:08-CV-00106-H-CAB

Dept.:
Judge:

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

Complaint Filed: November 6, 2007
Trial Date: None Set

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: January 26, 2008

Law Offices of Henry Harmeling IV, APC

Henry Harmeling IV
Attorneys for Plaintiff MARY JANE GAFFNEY-TERRY