Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, California 92101
TEL: (619) 814-3505
FAX: (858) 408-2405

Attorneys for Plaintiff MARY JANE GAFFNEY-TERRY

LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.: 619.814.3505
Fax: 858.408.2405

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY JANE GAFFNEY-TERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,<br><br>Defendants. | Case No.: 3:08-CV-00106-H-CAB<br><br>Dept.:<br>Judge:<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Complaint Filed: November 6, 2007<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT as of May 1, 2008, the Law Offices of Henry Harmeling IV, APC will be moving to the address below. All other contact information remains unchanged:

Law Offices of Henry Harmeling IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Phone: (619) 814-3505
Fax: (858) 408-2405

Dated: April 29, 2008

Law Offices of Henry Harmeling IV, APC

Henry Harmeling IV
Attorneys for Plaintiff MARY JANE GAFFNEY-TERRY