# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Diego, State of California. I am over the age of eighteen (18) years of age and not a party to the within action; my business address is 402 W. Broadway, Suite 1760, San Diego, CA 92101

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the Law Offices of Henry Harmeling IV, APC, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid on the same day as the day of collection in the ordinary course of business.

On May 6, 2008, I served the following document(s) described as:

**(1) NOTICE OF CHANGE OF ADDRESS**

on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the Law Offices of Henry Harmeling IV, APC, to be served by mail addressed as follows:

**John L. Viola**
**Tamara A. Husbands**
**DYKEMA GOSSETT LLP**
**333 S. Grand Ave., Suite 2100**
**Los Angeles, CA 90071**

**Attorneys for Defendant AMEX ASSURANCE CO.**

**Phone: (213) 457-1800**
**Fax: (213) 457-1850**

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Diego, California on May 6, 2008.

Henry Harmeling IV

LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.: 619.814.3505
Fax: 858.408.2405