JOHN E. WALKER (State Bar No. 166270)
jwalker@sonnenschein.com
LEANNA M. ANDERSON (State Bar No. 228271)
landerson@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
AMEX Assurance Company

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARY JANE GAFFNEY-TERRY, an individual,

Plaintiff,

vs.

AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,

Defendants.

Case No. 08cv0106-H (CAB)

Honorable Marilyn L. Huff

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER THEREON

Defendant AMEX Assurance Company ("AMEX") hereby substitutes Sonnenschein Nath & Rosenthal LLP as counsel of record in place of Dykema Gossett LLP, subject to Court approval of such substitution.

**CONSENT BY AMEX**

I consent to the above substitution.

Date: 6/20/08

Micki Koehler
Director of Operations
AMEX Assurance Company

**CONSENT BY DYKEMA GOSSETT LLP**

I consent to the above substitution.

Date: 6/20/08

Tamara A. Husbands
Dykema Gossett LLP

**CONSENT BY SONNENSCHEIN NATH & ROSENTHAL LLP**

I consent to the above substitution.

Date: 6-20-08

John E. Walker
Sonnenschein Nath & Rosenthal LLP

**ORDER**

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________________

______________________
Honorable Marilyn L. Huff
United States District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on June 23, 2008, I electronically filed the foregoing **SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER THEREON** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

Henry Harmeling, IV
Law Offices of Henry Harmeling IV, APC
402 West Broadway, Suite 1760
San Diego, CA 92101
hh@hh4law.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008 at Los Angeles, California.

Ranja Madso