UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE GAFFNEY-TERRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,<br><br>Defendants. | Case No. 08cv0106-H (CAB)<br><br>Honorable Marilyn L. Huff<br><br>ORDER RE SUBSTITUTION OF ATTORNEYS |

**ORDER**

The substitution by Defendant AMEX Assurance Company ("AMEX") of Sonnenschein Nath & Rosenthal LLP as counsel of record in place of Dykema Gossett LLP, is hereby approved and so ORDERED.

Date: July 7, 2008

Marilyn L. Huff

Honorable Marilyn L. Huff
United States District Court Judge