LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.: 619.814.3505
Fax: 858.408.2405

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY JANE GAFFNEY-TERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,<br><br>Defendants. | Case No.: 3:08-CV-00106-H-CAB<br><br>Dept.:<br>Judge:<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AND CAUSES OF ACTION**<br><br>Complaint Filed: November 6, 2007<br>Trial Date: None Set |

IT IS HEREBY STIPULATED that Plaintiff MARY JANE GAFFNEY-TERRY ("Plaintiff"), pursuant to settlement of the above-entitled matter with Defendant AMEX ASSURANCE COMPANY, dismisses with prejudice from the instant action Defendant AMEX ASSURANCE COMPANY. Plaintiffs' dismissal of AMEX ASSURANCE COMPANY is as to all claims and causes of action. The instant dismissal resolves all issues and causes of action related to this matter.

This stipulation may be signed in counterparts.

Dated: August 21, 2008

Law Offices of Henry Harmeling IV, APC

[signature]
Henry Harmeling IV
Attorneys for Plaintiff MARY JANE GAFFNEY-TERRY

Signatures Continue Below

Dated: August 19, 2008

Sonnenschein Nath & Rosenthal LLP

John E. Walker
Attorneys for Defendant AMEX ASSURANCE COMPANY

LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.: 619.814.3505
Fax: 858.408.2405

Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, California 92101
TEL: (619) 814-3505
FAX: (858) 408-2405

Attorneys for Plaintiff MARY JANE GAFFNEY-TERRY

LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.: 619.814.3505
Fax: 858.408.2405

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY JANE GAFFNEY-TERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,<br><br>Defendants. | Case No.: 3:08-CV-00106-H-CAB<br><br>Dept.:<br>Judge:<br><br>**PROOF OF SERVICE BY MAIL**<br><br>Complaint Filed: November 6, 2007<br>Trial Date: None Set |

LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.: 619.814.3505
Fax: 858.408.2405

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Diego, State of California. I am over the age of eighteen (18) years of age and not a party to the within action; my business address is 402 W. Broadway, Suite 1760, San Diego, CA 92101

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the Law Offices of Henry Harmeling IV, APC, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid on the same day as the day of collection in the ordinary course of business.

On August 21, 2008, I served the following document(s) described as:

(1) **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AND CAUSES OF ACTION**

on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the Law Offices of Henry Harmeling IV, APC, to be served by mail addressed as follows:

**John E. Walker**
**SONNENSCHEIN NATH & ROSENTHAL**
**601 S. Figueroa St., Suite 2500**
**Los Angeles, CA 90017-5704**

**Attorneys for Defendant AMEX ASSURANCE CO.**

**Phone: (213) 623-9300**
**Fax: (213) 623-9924**

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Diego, California on August 21, 2008.

H. H IV

Henry Harmeling IV