**UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY JANE GAFFNEY-TERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES 1-25,<br><br>Defendants. | Case No.: 3:08-CV-00106-H-CAB<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AND CAUSES OF ACTION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Stipulation of Dismissal with Prejudice as to All Defendants and Causes of Action jointly filed by Plaintiff MARY JANE GAFFNEY-TERRY and Defendant AMEX ASSURANCE COMPANY on August 21, 2008, the above-entitled matter is hereby dismissed with prejudice as to all claims and causes of action.

IT IS SO ORDERED.

Dated: August 26, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.